| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:21CR00575-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David John Lesperance<br>961 Flotilla Club Drive<br>Indian Harbor Beach, Florida 32937 | District of Columbia | |
| | NAME OF SENTENCING JUDGE | |
| | John D. Bates | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/13/2024 — TO 2/12/2026 |

**OFFENSE**

Ct. 1: Entering and Remaining in a Restricted Building or Grounds, 18 USC § 1752(a)(1); Ct. 2: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 USC § 1752(a)(2); Ct. 3: Disorderly and Disruptive Conduct in a Capitol Building, 40 USC § 5104(e)(2)(D); Ct. 4: Parading, Demonstrating, or Picketing in a Capitol Building, 40 USC § 5104(e)(2)(G)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Columbia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Florida  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/17/23
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                            *United States District Judge*